UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEARNEY CISCO d/b/a
CATHY'S RESTAURANT,

    Plaintiff,

vs.                              Case No. 3:05-cv-521-J-20HTS

NATIONAL INSURANCE COMPANY,
a Puerto Rican insurance
corporation,

    Defendant.

### O R D E R

This cause is before the Court on the Motion to Compel or Show Cause (Doc. #24; Motion), filed on May 11, 2006. Plaintiff's Response to Defendant's Motion to Compel or to Show Cause (Doc. #25; Response) was filed on May 12, 2006.

Apart from generally stating it is brought "[p]ursuant to Fed.R.Civ.P. 30," Motion at 1, the Motion references no legal authority. It thus fails to satisfy Rule 3.01(a), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), which requires "a brief or legal memorandum with citation of authorities in support of the relief requested." Additionally, the Motion was filed in violation of Local Rule 3.01(g). *Cf.* Order

(Doc. #20), entered on April 21, 2006 (discussing importance of Local Rule 3.01(g)).  For these reasons, and in light of the arguments contained in the Response, the Motion (Doc. #24) is **DENIED**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 15th day of May, 2006.

<pre>
                              /s/      Howard T. Snyder
                              HOWARD T. SNYDER
                              UNITED STATES MAGISTRATE JUDGE
</pre>

Copies to:

Counsel of Record
    and *pro se* parties, if any