**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KEARNEY CISCO d/b/a
CATHY'S RESTAURANT,

    Plaintiff,

v.                                       CASE NO. 3:05-cv-521-J-33HTS

NATIONAL INSURANCE COMPANY,
a Puerto Rican insurance corporation,

    Defendant.

_____

**O R D E R**

    This cause came on to be heard for oral argument on July 13, 2006, in relation to Defendant National Insurance Company's Amended Motion for Contempt and to Compel Depositions or Show Cause (Doc. #32) and Defendant National Insurance Company's Motion for Contempt and to Compel Depositions or Show Cause (Doc. #33) (collectively, Motions). At the hearing, counsel for Defendant, without objection, elected to withdraw the Motions. Accordingly, the Motions (Docs. ##32, 33) are deemed **WITHDRAWN** without prejudice to the proper subpoenaing of the intended deponents.[1]

    **DONE AND ORDERED** at Jacksonville, Florida, this 13th day of July, 2006.

                                                   /s/        Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] It is noted, however, that at the hearing defense counsel conceded one of the original subpoenas had been issued to the wrong individual. This Order should not be construed to permit reissuance of a subpoena to that person.

Copies to:

All counsel of record
 and *pro se* parties, if any